**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **JACOBO ALONZO-LORENZO** | **CIVIL ACTION NO.  25-2028 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **KRISTI NOEM ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## <u>ORDER</u>

Considering Petitioner's Unopposed Motion to Transfer Venue (R. Doc. 12),

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Petition for Habeas Corpus is hereby

**TRANSFERRED** to the United States District Court for the Southern District of

Texas in the above-described action.

**THUS DONE AND SIGNED** in Chambers this 5th day of May, 2026.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**